UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KEVIN DWAYNE THERIOT,

    Plaintiff,

v.                                                        Case No. 2:09-cv-199
                                                      HON. R. ALLAN EDGAR
JEFFREY WOODS, et al.,

    Defendants.
_____/

**OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S**

**REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 1, 2010. The Report and Recommendation was duly served on the parties. The Court has received objections from plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

Petitioner moves for default judgment against defendant Woods. Default was entered on March 1, 2010. Defendant Woods has responded and has filed a dispositive motion. The short delay has caused no prejudice. Default judgment is not appropriate.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court.

IT IS FURTHER ORDERED that plaintiff's motion for default judgment (Docket #23) is DENIED.

Dated: 9/13/2010        /s/ R. Allan Edgar
                        R. ALLAN EDGAR
                        UNITED STATES DISTRICT JUDGE